In the Matter of MARGARET C. CONKLIN, Respondent, against ISAAC A. TUTTLE et al., as Administrators of the Estate of WILLIAM H. TUTTLE, Deceased, Appellants.

(Submitted November 21, 1932; decided December 6, 1932.)

*David S. Murden* for appellant.

*Douglas Macduff* for respondent.

Order affirmed, with costs payable out of the estate. Question certified answered in the affirmative. No opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: POUND, Ch. J.